Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN JOHNSON, Appellant.

Submitted December 3, 2012; decided December 11, 2012

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PEALER, Appellant.

Submitted December 3, 2012; decided December 11, 2012

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENDAN J. RHODES, Appellant.

Submitted November 19, 2012; decided December 11, 2012

Motion for assignment of counsel granted and John A. Cirando, Esq., care of D.J. & J.A. Cirando, Esqs., 101 South Salina Street, Suite 1010, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.